**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 643 MAL 2019

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

MARK KESSLER,

Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.